In the Matter of the RUTHENIAN GREEK CATHOLIC CHURCH OF ST. GEORGE, NEW YORK CITY.

PETER PONIATISHIN et al., Appellants; JOHN BUKEL et al., Respondents.

(Argued November 19, 1928; decided December 4, 1928.)

*William F. Delaney* and *George J. Gillespie* for appellants.

*William M. Kilcullen* and *Alexander Chylak* for respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.